MOED-0001                DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY PGIARK03780-02, as subrogee of ROESLEIN ALTERNATIVE ENERGY, <br>Plaintiff(s), <br><br>vs. <br><br>THE CINCINNATI INDEMNITY COMPANY, and INDUSTRIAL & ENVIRONMENTAL CONCEPTS, INC., <br>Defendant(s). | ) ) ) ) ) ) Case No. 24-512 ) ) ) ) ) |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>CERTAIN UNDERWRITERS</u> hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):

b. Its parent companies or corporations (if none, state "none"):

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
   See paragraph 6 of Plaintiff's Complaint

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001                DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: M. Courtney Koger
Address: 2300 Main Street, Suite 800
City/State/Zip: Kansas City, MO 64108
Phone: 816-960-0090

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: April 5, 20 24.

_____
Signature