## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY PGIARK03780-02, as subrogee of ROESLEIN ALTERNATIVE ENERGY, LLC. <br><br> Plaintiff, <br><br> v. <br><br> THE CINCINNATI INDEMNITY COMPANY And INDUSTRIAL & ENVIRONMENTAL CONCEPTS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:24-CV-00512 |

### DEFENDANTS THE CINCINNATI INDEMNITY COMPANY AND INDUSTRIAL & ENVIRONMENTAL CONCEPTS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants The Cincinnati Indemnity Company and Industrial & Environmental Concepts, Inc. move this Court under Fed. R. Civ. P. 12(c) and Local Rule 4.01(A) for an Order entering Judgment on the pleadings in favor of Defendants and against Plaintiff.  Defendants breached no contract with or fiduciary duty to Plaintiff.

In support, Defendants submit together with this Motion a Memorandum in Support, which Defendants incorporate by reference.

WALLACE SAUNDERS

By: /s/Thomas A. Fiegener
Karl Kuckelman (*Pro Hac Vice*) MO 44045
Thomas A. Fiegener        MO 71883
10111 W. 87th Street
Overland Park, KS  66212
Phone: 913-888-1000
Fax: 913-888-1065
kk@wsabe.com
tfiegener@wallacesaunders.com

***ATTORNEYS FOR DEFENDANTS THE CINCINNATI INDEMNITY COMPANY AND INDUSTRIAL & ENVIRONMENTAL CONCEPTS, INC.***

## CERTIFICATE OF SERVICE

I certify that on the 19th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which will send notification of such filing to the following participants:

M. Courtney Koger
KUTAK ROCK, LLP
2300 Main Street, Suite 800
Kansas City, MO 64108

ATTORNEYS FOR PLAINTIFF


 /s/Thomas A. Fiegener
For the Firm

102643782.v1